William F. Knowles, WSBA No. 17212
Peter J. Berg, WSBA No. 46757
COZEN O'CONNOR
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
Email: wknowles@cozen.com
         pberg@cozen.com

*Attorneys for Plaintiff Developers Surety and Indemnity Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JT CUSTOM HOMES, LLC, a Washington limited liability company,<br><br>Defendant. | No. 1:22-cv-03030<br><br>**DEVELOPERS SURETY AND INDEMNITY COMPANY'S COMPLAINT FOR DECLARATORY JUDGMENT** |

COMES NOW Plaintiff Developers Surety and Indemnity Company, which alleges and pleads as follows:

## INTRODUCTION

1. This is an action for declaratory relief in which Plaintiff, Developers Surety and Indemnity Company, seeks a declaration that it has no

DEVELOPERS SURETY AND INDEMNITY COMPANY'S
COMPLAINT FOR DECLARATORY JUDGMENT - 1

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104-4019
(206) 340-1000

LEGAL\56606633\3

duty to defend or indemnify Defendant, JT Custom Homes, LLC ("JT Custom Homes") with respect to claims asserted by Todd and Janet Wiebke, which claims are the subject of litigation in the Superior Court for the State of Washington, the County of Kittitas, Case No. 20-2-0017819 ("Underlying Lawsuit").

## PARTIES

2.  Developers Surety and Indemnity Company ("Developers") is a domestic insurer incorporated in California and having its principal place of business in California. At all relevant times, Developers was and is authorized to do business in the State of Washington.

3.  Upon information and belief, Defendant JT Custom Homes, LLC ("JT Custom Homes") is a Washington limited liability company, with its principal place of business in Cle Elum, Washington.

4.  Upon information and belief, JT Custom Homes has two members: Laura Vaughn and Thad Vaughn.

5.  Upon information and belief, Laura Vaughn and Thad Vaughn are Washington citizens residing in Cle Elum, Washington.

## JURISDICTION AND VENUE

6.  This Court has jurisdiction by virtue of 28 U.S.C. § 1332, as there is complete diversity of citizenship and the amount in controversy exceeds $75,000.

7.  Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391, as Defendant is a resident of this judicial district and a substantial part of the events giving rise to this action occurred in this district.

DEVELOPERS SURETY AND INDEMNITY COMPANY'S
COMPLAINT FOR DECLARATORY JUDGMENT - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104-4019
(206) 340-1000

LEGAL\56606633\3

8. An actual controversy exists between the parties regarding Developers' obligations under the liability insurance policies that it issued to JT Custom Homes, with respect to the Underlying Lawsuit.

9. Pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. §2201(a), this Court has the power to declare all rights, duties, and obligations under an insurance policy, whether or not further relief is or could be sought.

## FACTS

**A.    The Insurance Policy**

10. Developers Surety and Indemnity Company issued to JT Custom Homes a commercial general liability policy, policy no. BIS00021100-01, for the policy period March 1, 2015 to March 1, 2016 ("Policy"). A true and correct copy of the Policy is attached as Exhibit A. In relevant part, the Policy provides:

**WASHINGTON – FUNGI OR BACTERIA EXCLUSION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A.   The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2.    Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

a.   "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents.

DEVELOPERS SURETY AND INDEMNITY COMPANY'S
COMPLAINT FOR DECLARATORY JUDGMENT - 3

LEGAL\56606633\3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104-4019
(206) 340-1000

      b.    Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

\* \* \*

**ADDITIONAL CONDITIONS ENDORSEMENT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY POLICY

The following conditions precedent to coverage are added to and form part of the policy:

1. You must be named an additional insured on the commercial general liability policy of each contractor and subcontractor that performs work on your behalf throughout the time of each such contractor's and subcontractor's performance, and each such policy must provide defense as well as indemnity to you as an additional insured.

2. You must obtain a certificate of insurance from each contractor and subcontractor that performs work on your behalf prior to the commencement of each such contractor's and subcontractor's work indicating that each such contractor and subcontractor has a commercial general liability policy in effect.

3. Both the policy within which you are named as an additional insured and the certificate of insurance you obtain must have each occurrence, general aggregate, and products-completed

DEVELOPERS SURETY AND INDEMNITY COMPANY'S
COMPLAINT FOR DECLARATORY JUDGMENT - 4

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104-4019
(206) 340-1000

LEGAL\56606633\3

operations aggregate limits, including sublimits, in an amount equal to or greater than this policy.

4. You must obtain a hold harmless agreement from each of your contractors and subcontractors, indemnifying you against all loss in any way related to work performed on your behalf by each such contractor and subcontractor.

\* \* \*

## B. The Underlying Lawsuit

11. On July 13, 2020, Todd and Janet Wiebke filed the Underlying Lawsuit against JT Custom Homes and other subcontractors in Superior Court for the State of Washington, Kittitas County, Case No. 20-2-0017819. A true and correct copy of the Complaint in the Underlying Lawsuit is attached as Exhibit B, and incorporated by reference.

12. In the Underlying Lawsuit, the Wiebkes allege that they contracted with JT Custom Homes to build their home, which is located at 1481 Morgan Creek Road, in Ronald, Washington. The Wiebkes' home allegedly suffered some degree of water damage due to an insufficiently tightened pipe fitting. Between water damage and concurrent mold growth, the Wiebkes allege they have suffered approximately $542,992.94 in damages. The Wiebkes allege that JT Custom Homes breached the parties' agreement by failing to perform work in a workmanlike manner, and that JT Custom Homes failed to adequately train and supervise subcontractors. The Wiebkes further allege that JT Custom Homes has breached its warranties, and is vicariously liable for any damage caused by subcontractors it hired.

13. JT Custom Homes tendered the Underlying Lawsuit to Developers for defense and indemnity. Claims Resource Management, Inc. ("CRMI"), and

DEVELOPERS SURETY AND INDEMNITY COMPANY'S
COMPLAINT FOR DECLARATORY JUDGMENT - 5

LEGAL\56606633\3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104-4019
(206) 340-1000

Developers agreed to defend JT Custom Homes, subject to a comprehensive reservation of rights.

14. During its continued investigation, Developers learned that JT Custom Homes did not satisfy the conditions listed in the Policy's "Additional Conditions" Endorsement, listed in Paragraph 10, above.

15. Additional Conditions Endorsements are a condition precedent to coverage.

16. Because JT Custom Homes did not satisfy its Policy's Additional Conditions Endorsement, coverage under the Policy is not triggered. Developers no longer owe a duty to defend JT Custom Homes in the Underlying Lawsuit. Developers do not owe a duty to indemnify JT Custom Homes for any amount for which it is found liable in the Underlying Lawsuit.

17. During its continued investigation, Developers learned that some of the damages the Wiebkes seek stem from the growth of mold, fungi, and/or bacteria.

18. Damages and costs stemming from mold, fungi, and bacteria growth are excluded under the Policy's "Fungi or Bacteria" Exclusion, listed in Paragraph 10, above.

19. There are other policy provisions that may apply. Developers reserves the right to assert additional bases for declaratory judgment under the attached Developers Policy.

## **FIRST CAUSE OF ACTION FOR DECLARATORY RELIEF**

20. Developers re-alleges each of the allegations of Paragraphs 1 through 19 above as fully set forth in this cause of action.

21. Per the Policy, Developers is not obligated to defend or indemnify JT Custom Homes, because JT Custom Homes did not satisfy the conditions of

DEVELOPERS SURETY AND INDEMNITY COMPANY'S
COMPLAINT FOR DECLARATORY JUDGMENT - 6

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104-4019
(206) 340-1000

LEGAL\56606633\3

the "Additional Conditions" Endorsement, and because coverage is excluded under the "Fungi and Bacteria" Exclusion.

22. An actual dispute has arisen between Developers and JT Custom Homes regarding whether the Policy provides coverage to JT Custom Homes for the Underlying Lawsuit.

23. Developers seeks a declaration that coverage is not triggered, or is otherwise excluded under the Policy, and that Developers owes no duty to defend or indemnify JT Custom Homes against the claims brought by Mr. and Mrs. Wiebke in the Underlying Lawsuit.

24. A judicial declaration is necessary and appropriate at this time, and under the circumstances alleged above, so that Developers can ascertain its duties under the Policy. A judicial declaration will prevent future litigation that would otherwise result from the controversy between Developers and JT Custom Homes.

## PRAYER FOR RELIEF

WHEREFORE, Developers Surety and Indemnity Company respectfully requests that this Court adjudicate and declare the rights of the parties, and that the Court:

(a) Find that Developers has no duty to defend or indemnify JT Custom Homes in relation to the Underlying Lawsuit;

(b) For costs of suit incurred herein; and

(c) Such other relief as the Court may deem just and proper.

//
//
//
//

DEVELOPERS SURETY AND INDEMNITY COMPANY'S
COMPLAINT FOR DECLARATORY JUDGMENT - 7

LEGAL\56606633\3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104-4019
(206) 340-1000

DATED this 7th day of March, 2022

                      COZEN O'CONNOR

By: */s/ William F. Knowles*
    William F. Knowles, WSBA No. 17212
    999 Third Avenue, Suite 1900
    Seattle, Washington 98104
    Telephone: 206.340.1000
    Toll Free Phone: 800.423.1950
    Facsimile: 206.621.8783
    Email: wknowles@cozen.com

COZEN O'CONNOR

By: */s/ Peter J. Berg*
    Peter J. Berg, WSBA No. 46757
    999 Third Avenue, Suite 1900
    Seattle, Washington 98104
    Telephone: 206.340.1000
    Toll Free Phone: 800.423.1950
    Facsimile: 206.621.8783
    Email: pberg@cozen.com

*Attorneys for Plaintiff Developers Surety and Indemnity Company*

DEVELOPERS SURETY AND INDEMNITY COMPANY'S
COMPLAINT FOR DECLARATORY JUDGMENT - 8

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104-4019
(206) 340-1000

LEGAL\56606633\3

# CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 7th day of March, 2022

COZEN O'CONNOR

By:  /s/ Bonnie L. Buckner
Bonnie L. Buckner, Legal Secretary
999 Third Avenue, Suite 1900
Seattle, Washington  98104
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
Facsimile: 206.621.8783
Email:   bbuckner@cozen.com

DEVELOPERS SURETY AND INDEMNITY COMPANY'S
COMPLAINT FOR DECLARATORY JUDGMENT - 9

LEGAL\56606633\3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104-4019
(206) 340-1000